**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**PATRICK DUNBAR, ET AL.**

**CIIVL ACTION**

**VERSUS**

**NO. 26-613-JWD-RLB**

**WALMART, INC., ET AL.**

**OPINION AND JUDGMENT**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated August 6, 2026 (Doc. 12), to which no objection was filed,

**IT IS ORDERED** that Plaintiffs' Motion for Leave to File Amended Complaint with Consent (Doc. 9) is GRANTED, that the Amended Complaint (Doc. 9-2) shall be filed into the record, and that this action is REMANDED to the 18th Judicial District Court, West Baton Rouge Parish, Louisiana

**IT IS FURTHER ORDERED** that the Clerk of Court shall **TERMINATE** this matter on the docket.

Signed in Baton Rouge, Louisiana, on August 25, 2026.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

18th JDC - Certified